JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GEORGE ASSAF,

                Plaintiff,

     v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

                Defendant.

Case No. 5:18-cv-00405-AFM

**JUDGMENT**

    In accordance with the Memorandum Opinion and Order Affirming Decision of Commissioner filed concurrently herewith,

    IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: 4/24/2019

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE